The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MARC RIGTRUP,<br><br>Defendant. | NO. CR17-134 JLR<br><br>PROTECTIVE ORDER<br><br>~~(Proposed)~~ |

This matter, having come to the Court's attention on the Stipulated Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Permissible Disclosure of Protected Information.</u>

The material that is described in the Stipulated Motion is deemed "Protected Information." The United States will make available copies of the Protected Information to defense counsel to comply with the government's discovery obligations. Possession of the Protected Information is limited to defense counsel, as well as her investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

(PROPOSED) PROTECTIVE ORDER - 1

Members of the defense team may show and display the items listed and marked as Protected Information to the Defendant, but may not provide a copy of the Protected Information to the Defendant to keep and maintain in his possession. In addition, defense counsel is required to provide a copy of this Protective Order to members of the defense team, and obtain written consent from members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order, prior to providing any Protected Information to the members of the defense team. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Information to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2. <u>Filing</u>

Any Protected Information that is filed with the Court in connection with pretrial motions, trial, or other matters before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3. <u>Non-Termination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution. Furthermore, at the close of this case, defense counsel shall return the Protected Information, including all copies of the Protected Information, to the office of the United States Attorney, or otherwise certify that the material has been destroyed.

4. <u>Violation of Any Terms of this Order</u>

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

DATED this 6th day of June, 2017.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Marie Dalton
MARIE M. DALTON
Assistant United States Attorney

/s/ Kyana Givens
KYANA GIVENS
Assistant Federal Public Defender

(PROPOSED) PROTECTIVE ORDER - 3