The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff v. STEVEN MARC RIGTRUP, Defendant. | NO. CR. 17-134 JLR <br> ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of the United States to file Attachment A to its Sentencing Memorandum under seal.

The Court has considered the motion and records in this case and finds there are compelling reasons to file these documents under seal.

ORDER TO SEAL
U.S. V RIGTRUP - 1

1 | IT IS ORDERED that Attachment A to the United States' Sentencing
2 | Memorandum be filed under seal.
3 | DATED this 29th day of January 2018.

*[Signature]*
HON. JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Marie M. Dalton*
Assistant United States Attorney

ORDER TO SEAL
U.S. V RIGTRUP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970